

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00870-CV

Frank **HERRERA** Jr.,
Appellant

v.

**TEXAS STATE BOARD OF PLUMBING EXAMINERS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18829
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellant is indigent; no costs are taxed in this appeal.

SIGNED July 8, 2015.

_____
Patricia O. Alvarez, Justice